IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:20cv1023, Case Name Mars Incorporated et al v. Simmons Pet
Party Represented by Applicant: Mars Incorporated and Mars Petcare US Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) John Jay Dabney
Bar Identification Number 980509    State D.C.
Firm Name Snell & Wilmer L.L.P.
Firm Phone # 202.559.5055    Direct Dial # (202) 908-4261    FAX # 202.688.2201
E-Mail Address jdabney@swlaw.com
Office Mailing Address 1101 Pennsylvania Avenue NW, Suite 300, Washington, DC 20004-7166

Name(s) of federal court(s) in which I have been admitted See attachment

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ John J. Dabney
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/Mary D. Hallerman                        09/01/2020
(Signature)                                 (Date)
Mary D. Hallerman                           80430
(Typed or Printed Name)                     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                                (Date)

**John Dabney's Bar and Court Admissions**

| |
|---|
| **Bar Admissions:** |
| District of Columbia, Bar No. 980509 |
| **Court Admissions:** |
| United States Court of Appeals, First Circuit |
| United States Court of Appeals, Second Circuit |
| United States Court of Appeals, Third Circuit |
| United States Court of Appeals, Fourth Circuit |
| United States Court of Appeals, Sixth Circuit |
| United States Court of Appeals, Eleventh Circuit |
| United States Court of Federal Claims |
| United States District Court, District of Columbia |
| United States District Court, Northern District of Illinois |
| United States District Court, District of Maryland |
| United States District Court, District of Michigan |